UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        §    Case No. 11-34099
      AUSSEM IRON, LLC                       §
                                              §    Hon. Timothy A. Barnes
                              Debtor(s)       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearbron Street
    7th Floor
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/19/2012 in Courtroom 613, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____        By:   /s/NORMAN NEWMAN
                                      Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: AUSSEM IRON, LLC           § Case No. 11-34099
                                  §
                                  §
Debtor(s)                         §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,900.15 |
| *and approved disbursements of* | $ 258.03 |
| *leaving a balance on hand of* [1] | $ 9,642.12 |
| **Balance on hand:** | $ 9,642.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,642.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 1,740.02 | 0.00 | 1,736.80 |
| Attorney for Trustee, Fees - Much Shelist, P.C. | 7,913.50 | 0.00 | 7,898.83 |
| Attorney for Trustee, Expenses - Much Shelist, P.C. | 6.50 | 0.00 | 6.49 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,642.12 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $276,057.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 21,285.05 | 0.00 | 0.00 |
| 2P | Dept of the Treasury | 250,092.76 | 0.00 | 0.00 |
| 7P | Illinois Department of Revenue | 4,679.65 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 125,886.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 410.00 | 0.00 | 0.00 |
| 2U | Dept of the Treasury | 69,143.50 | 0.00 | 0.00 |
| 3 | Airgas North Central | 1,939.72 | 0.00 | 0.00 |
| 4 | Itasca Bank & Trust Co. | 1,362.12 | 0.00 | 0.00 |
| 5 | Fastenal | 231.67 | 0.00 | 0.00 |
| 6 | BT Enterprises, LLC | 12,600.00 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | 1,702.49 | 0.00 | 0.00 |
| 8 | First Insurance Funding Corp | 38,496.73 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,734.95 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|--|--|--|--|--|
| 9 | HD Supply Construction Supply Ltd | 2,734.95 | 0.00 | 0.00 |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|--|--|--|--|--|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-34099-TAB
Aussem Iron, LLC                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: acox              Page 1 of 3            Date Rcvd: Nov 29, 2012
                             Form ID: pdf006         Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2012.
```
db          +Aussem Iron, LLC,    c/o Sandra Aussem,    445 S. Williams Ave.,    Palatine, IL 60074-6425
17694713    +393 Apprentice Training Fund,    1901 Selmarten Rd.,    Aurora, IL 60505-1337
17694714     393 Fringe Benefits Fund Account,    Lansing, IL 60438
17694715     444 Fringe Benefit Account,    Lansing, IL 60438
17694720    #AT&T,    P.O Box 8100,    Aurora, IL 60507-8100
17694717    +Action Mobile Industries,    8007 A. Corporate Dr.,    Balitmore, MD 21236-4905
17694718     Airgas North Central,    POB 802588,    Chicago, IL 60680-2588
18328112    #+Airgas North Central,    PO Box 2395,    Waterloo, IA 50704-2395
17694719    +Allied Waste Service,    1330 Gasket Drive,    Elgin, IL 60120-7543
17694723    +BT Enterprises LLC,    c/o Steven Slaw, Reg. Agent,    2175 Point Blvd #125,    Elgin, IL 60123-9211
17694724    +BT Enterprises, LLC,    211 Millard Ave.,    Fox River Grove, IL 60021-1437
17694721     Berland's House of Tools,    1530 Centre Circle,    Downers Grove, IL 60515-1019
17694722     Bidtool,    POB 981097,    Boston, MA 02298-1097
17694727     COVAD,    33408 POB 39000,    San Francisco, CA 94139-0001
17694728    +DSPI,    1011 E. Touhy,    Suite 170,    Des Plaines, IL 60018-5818
18562302    +First Insurance Funding Corp,    450 Skokie Blvd Suite 1000,    Northbrook, IL 60062-7917
17694730     First Insurance Funding Corp.,    POB 66468,    Chicago, IL 60666-0468
17694731     Ford Motor Credit Corp,    P.O. Box 64400,    Colorado Springs, CO 80962-4400
17694732     Hinckley Springs,    P.O. Box 660579,    Dallas, TX 75266-0579
17694733     I.U.O.E. Local 150 Admin.,    POB 75512,    Chicago, IL 60675-5512
17694734    +IDOR,    POB 19447,    Springfield, IL 62794-9447
17789563    +Illinois Department of Employment Security,    33 South State Street,
              Chicago, Illinois 60603-2808
18523266     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
17694735     Illinois Dept of Employment Securit,    P.O. Box 3637,    Springfield, IL 62708-3637
17694736     Illinois Dept. of Natural Resources,    POB 19442,    Springfield, IL 62794-9442
17694737     Illinois Manufacturers Directory,    1633 Central St.,    Evanston, IL 60201-1569
17694738    +Illinois Secretary of State,    Driver Services,    2701 S Dirksen Parkway,
              Springfield, IL 62723-1000
17694739    +Illinois Valley Contractors Assoc.,    1120 First Street,    La Salle, IL 61301-2606
17694741    +Iron League of Chicago,    3525 W. Peterson,    #208,    Chicago, IL 60659-3314
17694742    +Itasca Bank & Trust,    308 W. Irving Park Rd.,    Itasca, IL 60143-2193
18376137    +Itasca Bank & Trust Co.,    c/o Tressler LLP,    Mark Conzelmann,    233 S. Wacker Drive, 22nd Floor,
              Chicago, IL 60606-6399
17694743    +Michael Aussem,    445 S. Williams Ave.,    Palatine, IL 60074-6425
17694744    +Molly Maid,    1051 B. Rohlwing Rd.,    Rolling Meadows, IL 60008-1051
17694745     National Lift Truck,    333 Mt Prospect Rd,    Franklin Park, IL 60131
17694747    +Northern Tool & Equipment,    POB 5219,    Carol Stream, IL 60197-5219
17694748     Pitney Bowes,    POB 371896,    Pittsburgh, PA 15250-7896
17694749     Porte Brown,    845 Oakton Street,    Elk Grove Village, IL 60007-1904
17694750     Quill,    POB 37600,    Philadelphia, PA 19101-0600
17694751    +Ralph Helm, Inc.,    36W710 Foothill Rd.,    Elgin, IL 60123-5867
17694752    +Rental Max,    908 E. Roosevelt Rd.,    2nd Flr.,    Wheaton, IL 60187-5651
17694753    +Sandra Aussem,    445 S. Williams Ave.,    Palatine, IL 60074-6425
17694754    +Snook Equipment Rental,    12 Enterprise Drive,    La Salle, IL 61301-9661
17694755    +Sound Billing, LLC,    POB 620130,    Middleton, WI 53562-0130
17694757    +Stevenson Crane Service, Inc.,    410 Stevenson Dr.,    Bolingbrook, IL 60440-3094
17694758     The Horton Group,    10167 POB 87618,    Chicago, IL 60680-0618
17694761     UPS,    Lockbox 577,    Carol Stream, IL 60132-0577
17694762    +Welding Services,    POB 997,    Oswego, IL 60543-0997
17694763     Westfield Insurance,    POB 9001566,    Louisville, KY 40290-1566
17694764     White Cao Construction Supply,    774341 160 Hansen St.,    Suite 105,    Wood Dale, IL 60191
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17694725     E-mail/Text: legalcollections@comed.com Nov 30 2012 02:38:23     ComEd,    Bill Payment Center,
              Chicago, IL 60668-0001
17694726    +E-mail/Text: sboren@cacliens.com Nov 30 2012 04:27:55     Contractor's Adjustment Co.,
              750 Lake Cook Rd.,    Suite 410,    Buffalo Grove, IL 60089-2074
17694740     E-mail/Text: cio.bncmail@irs.gov Nov 30 2012 02:31:50     Dept of the Treasury,    IRS,
              PO Box 7346,    Philadelphia, PA 19101-7346
17694729     E-mail/Text: legal@fastenal.com Nov 30 2012 04:11:45     Fastenal,    POB 978,
              Winona, MN 55987-0978
18582724    +E-mail/Text: luis.hernandez@hdsupply.com Nov 30 2012 02:40:00
              HD Supply Construction Supply Ltd,    dba White Cap Construction Supply,
              HD Supply, Inc Attn: Mark Vuckovic,    501 W Church St,    Orlando, FL 32805-2247
17694746     E-mail/Text: bankrup@nicor.com Nov 30 2012 02:35:32     Nicor Gas,    P.O. Box 0632,
              Aurora, IL 60507-0632
17694756     E-mail/Text: appebnmailbox@sprint.com Nov 30 2012 02:36:54     Sprint,    POB 4181,
              Carol Stream, IL 60197-4181
                                                                                              TOTAL: 7
```

```
District/off: 0752-1          User: acox                  Page 2 of 3                  Date Rcvd: Nov 29, 2012
                              Form ID: pdf006             Total Noticed: 56

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Much Shelist Denenberg Ament & Rubenstein, P C
17694716       63 Fringe Benefit Account
17694759       Three Rivers Training
18519655*     +BT Enterprises, LLC,    211 Millard Ave,   Fox River Grove, IL 60021-1437
17694760     ##+United Business Solutions,    2171 Executive Dr,   Suite 250,   Addison, IL 60101-5626
                                                                                 TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: acox                 Page 3 of 3                  Date Rcvd: Nov 29, 2012
                              Form ID: pdf006            Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2012 at the address(es) listed below:

          Jeffrey M Schwartz    on behalf of Trustee Norman Newman jschwartz@muchshelist.com, nsulak@muchshelist.com
          Mark D Conzelmann    on behalf of Creditor  Itasca Bank & Trust Co. mconzelmann@tresslerllp.com, chicagodocket@tresslerllp.com
          Norman B Newman    nnewman@muchshelist.com, IL63@ecfcbis.com;nsulak@muchshelist.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Timothy M Hughes    on behalf of Debtor  Aussem Iron, LLC thughes@lavellelaw.com
                                                                                                                                 TOTAL: 5