UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| AUSSEM IRON, LLC | § § | Case No. 11-34099 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter      on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/NORMAN NEWMAN_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit Corp P.O. Box 64400 Colorado Springs, CO  80962-4400 | | | | | |
| | Ford Motor Credit Corp P.O. Box 64400 Colorado Springs, CO  80962-4400 | | | | | |
| | Itasca Bank & Trust 308 W. Irving Park Rd. Itasca, IL  60143 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | | | | | |
| International Sureties, Ltd. | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| MUCH SHELIST, P.C. | | | | | |
| MUCH SHELIST, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDOR<br>POB 19447<br>Springfield, IL  62794-9442 | | | | | |
| | Illinois Dept of Employment Securit<br>P.O. Box 3637<br>Springfield, IL  62708-3637 | | | | | |
| | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | | | | | |
| | Michael Aussem<br>445 S. Williams Ave.<br>Palatine, IL  60074 | | | | | |
| | Sandra Aussem<br>445 S. Williams Ave.<br>Palatine, IL  60074 | | | | | |
| 2P | DEPT OF THE TREASURY | | | | | |
| 1P | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 7P | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 393 Apprentice Training Fund<br>1901 Selmarten Rd.<br>Aurora, IL  60505 | | | | | |
| | 393 Fringe Benefits Fund Account<br>Lansing, IL  60438 | | | | | |
| | 444 Fringe Benefit Account<br>Lansing, IL  60438 | | | | | |
| | 63 Fringe Benefit Account | | | | | |
| | AT&T<br>P.O Box 8100<br>Aurora, IL  60507-8100 | | | | | |
| | Action Mobile Industries<br>8007 A. Corporate Dr.<br>Balitmore, MD  21236 | | | | | |
| | Allied Waste Service<br>1330 Gasket Drive<br>Elgin, IL  60120 | | | | | |
| | BT Enterprises LLC c/o<br>Steven Slaw, Reg. Agent<br>2175 Point Blvd #125<br>Elgin, IL  60123 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Berland's House of Tools<br>1530 Centre Circle<br>Downers Grove, IL  60515-1019 | | | | | |
| | Bidtool<br>POB 981097<br>Boston, MA  02298-1097 | | | | | |
| | COVAD<br>33408 POB 39000<br>San Francisco, CA  94139-0001 | | | | | |
| | ComEd Bill Payment Center<br>Chicago, IL  60668-0001 | | | | | |
| | Contractor's Adjustment Co.<br>750 Lake Cook Rd.<br>Suite 410<br>Buffalo Grove, IL  60089 | | | | | |
| | DSPI<br>1011 E. Touhy<br>Suite 170<br>Des Plaines, IL  60018 | | | | | |
| | Hinckley Springs<br>P.O. Box 660579<br>Dallas, TX  75266-0579 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | I.U.O.E. Local 150 Admin.<br>POB 75512<br>Chicago, IL  60675-5512 | | | | | |
| | Illinois Dept. of Natural Resources<br>POB 19442<br>Springfield, IL  62794-9442 | | | | | |
| | Illinois Manufacturers Directory<br>1633 Central St.<br>Evanston, IL  60201-1569 | | | | | |
| | Illinois Secretary of State Driver Services<br>2701 S Dirksen Parkway<br>Springfield, IL  62723 | | | | | |
| | Illinois Valley Contractors Assoc.<br>1120 First Street<br>La Salle, IL  61301 | | | | | |
| | Iron League of Chicago<br>3525 W. Peterson#208<br>Chicago, IL  60659 | | | | | |
| | Molly Maid<br>1051 B. Rohlwing Rd.<br>Rolling Meadows, IL  60008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Lift Truck<br>333 Mt Prospect Rd<br>Franklin Park, IL  60131 | | | | | |
| | Nicor Gas<br>P.O. Box 0632<br>Aurora, IL  60507-0632 | | | | | |
| | Northern Tool & Equipment<br>POB 5219<br>Carol Stream, IL  60197 | | | | | |
| | Pitney Bowes<br>POB 371896<br>Pittsburgh, PA  15250-7896 | | | | | |
| | Porte Brown<br>845 Oakton Street<br>Elk Grove Village, IL  60007-1904 | | | | | |
| | Quill<br>POB 37600<br>Philadelphia, PA  19101-0600 | | | | | |
| | Ralph Helm, Inc.<br>36W710 Foothill Rd.<br>Elgin, IL  60123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rental Max<br>908 E. Roosevelt Rd.<br>2nd Flr.<br>Wheaton, IL  60187 | | | | | |
| | Snook Equipment Rental<br>12 Enterprise Drive<br>La Salle, IL  61301 | | | | | |
| | Sound Billing, LLC<br>POB 620130<br>Middleton, WI  53562 | | | | | |
| | Sprint<br>POB 4181<br>Carol Stream, IL  60197-4181 | | | | | |
| | Stevenson Crane Service, Inc.<br>410 Stevenson Dr.<br>Bolingbrook, IL  60440 | | | | | |
| | The Horton Group<br>10167 POB 87618<br>Chicago, IL  60680-0618 | | | | | |
| | Three Rivers Training | | | | | |
| | UPS<br>Lockbox 577<br>Carol Stream, IL  60132-0577 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Business Solutions 2171 Executive Dr Suite 250 Addison, IL 60101 | | | | | |
| | Welding Services POB 997 Oswego, IL 60543 | | | | | |
| | Westfield Insurance POB 9001566 Louisville, KY 40290-1566 | | | | | |
| 3 | AIRGAS NORTH CENTRAL | | | | | |
| 6 | BT ENTERPRISES, LLC | | | | | |
| 2U | DEPT OF THE TREASURY | | | | | |
| 5 | FASTENAL | | | | | |
| 8 | FIRST INSURANCE FUNDING CORP | | | | | |
| 1U | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 7U | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 4 | ITASCA BANK & TRUST CO. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | HD SUPPLY CONSTRUCTION SUPPLY LTD | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-34099 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | NORMAN NEWMAN |
|---|---|---|---|---|---|
| Case Name: | AUSSEM IRON, LLC | | | Date Filed (f) or Converted (c): | 08/20/11 (f) |
| | | | | 341(a) Meeting Date: | 09/20/11 |
| For Period Ending: | 02/06/13 | | | Claims Bar Date: | 03/05/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petty Cash | 0.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account - Itasca Bank & Trust | 0.00 | 0.00 | | 0.00 | FA |
| 3. Trade Receivables | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 4. 2008 Ford Welder Miller Trailblazer | 12,000.00 | 12,000.00 | | 0.00 | FA |
|     Surrendered to Lender | | | | | |
| 5. 2008 Ford F450 Welder Miller Trailblazer | 12,000.00 | 12,000.00 | | 0.00 | FA |
|     Surrendered to Lender | | | | | |
| 6. 2002 GMC Pick Up Welder Miller Trailblazer | 7,000.00 | 7,000.00 | | 5,150.00 | FA |
| 7. 2005 Ford F150 | 5,000.00 | 5,000.00 | | 3,750.00 | FA |
| 8. Ford F-450 Welder Trailblazer 302 | 5,000.00 | 5,000.00 | | 0.00 | FA |
|     Surrendered to Lender. | | | | | |
| 9. GMAC 3500 Pick up | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 10. Miller Big Blue 400 D | 10,000.00 | 10,000.00 | | 0.00 | FA |
|     Surrendered to Lender. | | | | | |
| 11. Kawasaki Prairie 360 | 3,500.00 | 3,500.00 | | 0.00 | FA |
|     Surrendered to Lender. | | | | | |
| 12. 2008 Ford F450 | 14,000.00 | 14,000.00 | | 0.00 | FA |
|     Surrendered to Lender | | | | | |
| 13. Miscellaneous Office Equipment | 750.00 | 750.00 | | 0.00 | FA |
| 14. Machinery - 1 ton Roust-a-bout | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 15. Storage Container | 0.00 | 0.00 | | 0.00 | FA |
| 16. Machinery - 2 Ton Roust-a-bout | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 17. Miscellaneous Supplies, hand tools, etc. | 10,000.00 | 10,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.15 | Unknown |

Gross Value of Remaining Assets

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-34099 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | NORMAN NEWMAN |
|---|---|---|---|---|---|
| Case Name: | AUSSEM IRON, LLC | | | Date Filed (f) or Converted (c): | 08/20/11 (f) |
| | | | | 341(a) Meeting Date: | 09/20/11 |
| | | | | Claims Bar Date: | 03/05/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $383,250.00 | $383,250.00 | | $9,900.15 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold vehicles at auction sale. Awaiting claims bar date.

Initial Projected Date of Final Report (TFR): 10/31/12    Current Projected Date of Final Report (TFR): 10/31/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-34099 -TAB |
| Case Name: | AUSSEM IRON, LLC |
| Taxpayer ID No: | *******4794 |
| For Period Ending: | 02/08/13 |

| | |
|---|---|
| Trustee Name: | NORMAN NEWMAN |
| Bank Name: | THE BANK OF NEW YORK MELLON |
| Account Number / CD #: | *******0365 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/11 | | Auction Consultants, Inc. | Sell of three vehicles | | 9,900.00 | | 9,900.00 |
| | | 155 Washburn Street | DEPOSIT CHECK #1289 | | | | |
| | | P.O. Box 1324 | | | | | |
| | | Elgin, IL  60123 | | | | | |
| | 9 | | Memo Amount: 1,000.00 | 1129-000 | | | |
| | 7 | | Memo Amount: 3,750.00 | 1129-000 | | | |
| | 6 | | Memo Amount: 5,150.00 | 1129-000 | | | |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,900.07 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,875.07 |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 9,875.15 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,850.15 |
| 02/07/12 | 001001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 8.03 | 9,842.12 |
| | | 210 Baronne Street | BALANCE AS OF 02/07/2012 FOR CASE | | | | |
| | | Suite 1700 | #11-34099, Bond#016026455 | | | | |
| | | New Orleans, LA  70112 | | | | | |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,817.12 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,792.12 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,767.12 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,742.12 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,717.12 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,692.12 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,667.12 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,642.12 |
| 12/20/12 | 001002 | Norman B. Newman, Trustee | Dividend paid  99.81% on | 2100-000 | | 1,736.80 | 7,905.32 |
| | | Much Shelist, P.C. | $1,740.02, Trustee Compensation;  Reference: | | | | |
| | | 191 N. Wacker Drive, #1800 | | | | | |
| | | Chicago, IL  60606 | | | | | |
| 12/20/12 | 001003 | Much Shelist, P.C. | Dividend paid  99.81% on $6.50, | 3120-000 | | 6.49 | 7,898.83 |

Page Subtotals  9,900.15  2,001.32

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-34099 -TAB | Trustee Name: | NORMAN NEWMAN |
|---|---|---|---|
| Case Name: | AUSSEM IRON, LLC | Bank Name: | THE BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******0365 Checking Account |
| Taxpayer ID No: | *******4794 | | |
| For Period Ending: | 02/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/12 | 001004 | 191 N. Wacker Drive Suite 1800 Chicago, IL 60606 Much Shelist, P.C. 191 N. Wacker Drive Suite 1800 Chicago, IL 60606 | Attorney for Trustee Expenses (Trustee Firm); Reference: Dividend paid 99.81% on $7,913.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,898.83 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 9,900.00 | COLUMN TOTALS | 9,900.15 | 9,900.15 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 9,900.15 | 9,900.15 | |
| Memo Allocation Net: | 9,900.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 9,900.15 | 9,900.15 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 9,900.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******0365 | 9,900.15 | 9,900.15 | 0.00 |
| | | | ---------------- | ---------------- | ---------------- |
| Total Memo Allocation Net: | 9,900.00 | | 9,900.15 | 9,900.15 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  7,898.83

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*